# COMPLAINT
(for filers who are prisoners without lawyers)

CLERK USDC EDWI FILED 2023 OCT 30 P 2: 46

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Dennis Bell Jr.

v.

(Full name of defendant(s))

Milwaukee County, Denita R. Ball, CPT. William Dokert, and Captain Hughes

Case Number:

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__, and is located at
   (State)

   __949 N 9th st. Milwaukee, WI 53233 5D-48__
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Milwaukee County, Denita R. Ball, CPT William Dokert, Captain Hughes__
   (Name)
   is (if a person or private corporation) a citizen of __Wisconsin__
   (State, if known)

Complaint – 1

and (if a person) resides at _____
(Address, if known)
and (if the defendant harmed you while doing the defendant's job)

worked for __Milwaukee County Jail Facility__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Milwaukee County Jail violated my rights by operating under Covid-19 protocol, even when it is no longer required. We as inmates and others as detainees have been held in cells long periods of times for many days. Some days even 28 hour periods. Many times it is said it is due to short staff. It is inhumane to keep humans locked in a room for such long periods of times without letting them out at least 1 hour. This has been going on since I first entered the facility of

Complaint – 2

August 7th, 2023. By consistently operating under these measures, it in return makes everything else difficult. Once we are given time out the cells, it leaves 12 phones for 60 inmates with only 2 hours each period of 2 times a day. Those periods it gives much frustration and hardship to even access a phone to talk to loved ones. On average we are are let out 4-5 hours a day of a 24-hour period.

Complaint – 3

Case 2:23-cv-01450-LA   Filed 10/30/23   Page 3 of 5   Document 1

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I would like $2,000 a day for the hardship and mental anguish of the County violating my rights in their facility.

E. **JURY DEMAND**

I want a jury to hear my case.

☑ – YES    ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __24th__ day of __October__ 20__23__.

Respectfully Submitted,

_____
Signature of Plaintiff

__2023011285__
Plaintiff's Prisoner ID Number

__949 N 9th St__
__Milwaukee WI 53233__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5