# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

DENNIS BELL, JR.,
    Plaintiff,

v.                                   CASE NUMBER: 23-C-1450

MILWAUKEE COUNTY, et al.,
    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that action is **DISMISSED WITHOUT PREJUDICE** for lack of diligence.

3/7/2024
Date

Gina M. Colletti
Clerk

/s/ Alexis H.
(By) Deputy Clerk